```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20128
    JERMAINE WALKER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5204

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/30/2007 and was confirmed 02/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         4771.43           .00          490.76
CITY OF CHICAGO PARKING   UNSECURED        9800.00           .00             .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00             .00
T MOBILE                  UNSECURED         351.90           .00             .00
T MOBILE                  UNSECURED       NOT FILED          .00             .00
ECMC                      UNSECURED        6317.71           .00             .00
ER SOLUTIONS INC          UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED        1286.51           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         418.24           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED       11244.30           .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          174.91           .00           17.99
ILLINOIS DEPT OF REVENUE  UNSECURED          13.20           .00             .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                          44.24
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     552.99

PRIORITY                                          508.75
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               44.24
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                      552.99               552.99
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20128 JERMAINE WALKER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 09/24/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 20128 JERMAINE WALKER
```